UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:14-063 |
| | ) | |
| DAMIEN T. ROBINSON | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Alex M. Brown,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Alex M. Brown be granted leave of absence for the following period: **October 27 – November 3, 2014; November 17 – 28, 2014; December 10, 2014; December 22, 2014 – January 4, 2015; and January 8 – 11, 2015.**

This 23rd day of October, 2014.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia