UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>LEAVE OF ABSENCE REQUEST FOR<br>LAMONT A. BELK<br>**DECEMBER 22, 2014 through**<br>**JANUARY 2, 2015** | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Nos.: CR114-063, US v. D. T. Robinson<br>CR114-065, US v. J. R. Burley<br>CR114-078, US v. B. L. Leake, et al.<br>CR114-101, US v. C. James<br>CR114-122, US v. J. Battaglia, et al. |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Lamont A. Belk for December 22, 2014 through January 2, 2015, for travel outside of the district, the same is hereby GRANTED.

This _____ day of December, 2014.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA