IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR114-63 |
| | ) | |
| DAMIEN T. ROBINSON | ) | |

### ORDER

The defendant, Damien T. Robinson, was sentenced on December 4, 2014 and is in custody of the Bureau of Prisons.

Surety, James Hicks, has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by James Hicks for this defendant, plus all accrued interest thereon, be returned to James Hicks at 1284 Walden Rd., Blythe, GA 30805.

This 4th day of February, 2015 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA