IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 114-063 |
| | * | |
| DAMIEN T. ROBINSON | * | |

**O R D E R**

The Court denied Defendant Damien T. Robinson's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) on November 19, 2020. Presently, Defendant has filed a motion for reconsideration. While recognizing Defendant's disagreement with the legal and factual conclusions of the Court's prior ruling as effectively expressed in his motion, the Court has carefully and with individualized consideration reached the conclusion that compassionate release is not warranted in this case. Accordingly, Defendant Robinson's motion for reconsideration and for the appointment of counsel (doc. 72) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA